# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Action No.   15-cr-00127-RM-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. SHARDE SUWANNABART,
    *a/k/a SHARDE SMITH*,
    *a/k/a SHARDE SUWANNABART-SMITH*,

    Defendant.

___

## ORDER TO DISMISS COUNT TWO IN THE SUPERSEDING INDICTMENT [ECF #92]

    The Court has reviewed the Motion (ECF No. 406) of the United States of America, by United States Attorney John F. Walsh, through Assistant United States Attorney Celeste Rangel (the Government), filed pursuant to Fed. R. Crim. P. 48(a), petitioning this Court to dismiss Count Two of the Superseding Indictment [ECF #92].

    The Government's Motion states that the defendant will be sentenced on March 4, 2016, after having been convicted of Count One of the Indictment.

    The Court takes notice of the contents of the file in this case.

    Being sufficiently advised in the premises, the Court finds and concludes that the Motion has merit and shall be granted.

Accordingly, Count Two as alleged against the defendant within the Superseding Indictment [ECF #92] are hereby dismissed.

DATED this 4th day of March, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge